DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## ABELL v. NASH COUNTY BD. OF EDUCATION

No. 667P84.

Case below: 71 N.C. App. 48.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 April 1985.

## BICYCLE TRANSIT AUTHORITY v. BELL

No. 134A85.

Case below: 72 N.C. App. 577.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals allowed 22 April 1985.

## BLOUNT v. BLOUNT

No. 71P85.

Case below: 72 N.C. App. 193.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 April 1985.

## BOYCE v. MEADE

No. 64P85.

Case below: 71 N.C. App. 592.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 April 1985.

## BRYANT v. SAMPSON MEMORIAL HOSP.

No. 75P85.

Case below: 72 N.C. App. 203.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 April 1985.